# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00552-CV

**Constellation Energy Commodities Group, Inc., Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

### DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS

### M E M O R A N D U M   O P I N I O N

The parties have filed an Agreed Motion to Dismiss Appeal. This cause was previously abated. We reinstate the appeal, grant the Agreed Motion to Dismiss Appeal, dismiss all other pending motions, and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Dismissed on Agreed Motion

Filed:   September 21, 2007